Submitted on record and briefs May 31, affirmed November 28, 2007

BAY MUSIC ASSOCIATION,
*Petitioner,*

*v.*

EMPLOYMENT DEPARTMENT,
*Respondent.*

Employment Division-Tax Section
T70639; A127239

172 P3d 271

David M. Gordon and Macpherson, Ginter, Gordon & Diaz filed the brief for petitioner.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Michael Livingston, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Affirmed. *Oregon Festival of American Music v. Emp. Dept.*, 204 Or App 478, 130 P3d 795 (2006).